No. 00–1514. RAYGOR ET AL. v. REGENTS OF THE UNIVERSITY OF MINNESOTA ET AL. Sup. Ct. Minn. [Certiorari granted, 532

U. S. 1065.] Motion of the Solicitor General for divided argument granted.